IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:25 CR 593 |
| GREGORY SHUEY, | ) Title 18, United States Code, Section 1349 |
| Defendant. | ) JUDGE NUGENT |

GENERAL ALLEGATIONS

At all times material to this Information, unless otherwise specified:

1. Defendant GREGORY SHUEY was a resident of Harrod, Ohio, in the Northern District of Ohio, Western Division. Defendant was the sole owner and operator of Greg Shuey Backhoe & Dump Trucking, Inc. ("Shuey Backhoe"), an Ohio corporation located at Defendant's residence in Harrod, Ohio. Shuey Backhoe provided specialized freight trucking and heavy machinery for use at commercial sites. From time to time, Shuey Backhoe provided these and other services for Victim 1. Victim 1 paid Shuey Backhoe for its services by issuing checks that were mailed through the U.S. Postal Service.

2. Victim 1 was a multi-national company located in Cleveland, Ohio, in the Northern District of Ohio, Eastern Division. Victim 1 manufactured industrial explosives and accessories and provided technical and blasting services. LLC 1 was a Delaware limited liability company located in Findlay, Ohio, in the Northern District of Ohio, Western Division. LLC 1 was a subsidiary of Victim 1.

3. Co-conspirator 1 (known to the United States Attorney but not named herein) was a resident of Findlay, Ohio, in the Northern District of Ohio, Western Division. From in or around 2008 through on or about August 26, 2023, Victim 1 employed Co-conspirator 1 as the President of LLC 1. In this role, Co-conspirator 1 was responsible for, among other things, authorizing payment to third-party vendors of Victim 1.

4. Company 1 was a web services provider that offered online products and services, including email. Company 1 hosted a personal email address for Co-conspirator 1. In or around 2022, Company 1 stored the data for Co-conspirator 1's personal email address on Company 1's servers located in New York, Nebraska, or Washington.

COUNT 1
(Conspiracy to Commit Mail Fraud and Wire Fraud, 18 U.S.C. § 1349)

The United States Attorney charges:

5. The factual allegations contained in Paragraphs 1 through 4 are re-alleged and incorporated as though fully set forth herein.

6. From in or around October 2016, through in or around September 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant GREGORY SHUEY and Co-conspirator 1 did knowingly and intentionally combine, conspire, confederate and agree with each other to commit federal fraud offenses, that is, to devise and intend to devise a scheme and artifice to defraud Victim 1, and to obtain money and property from Victim 1 by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing and attempting to execute the scheme and artifice to defraud:

    a. to place, and cause to be placed, in any depository for mail matter, any matter and thing to be sent and delivered by the U.S. Postal Service, and to take and receive from

the U.S. Postal Service, any such matter and thing delivered by the U.S. Postal Service, in violation of Title 18, United States Code, Section 1341 (Mail Fraud); and

    b.    to transmit, and cause to be transmitted, by means of wire communication in interstate commerce, writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343 (Wire Fraud).

## Objects of the Conspiracy

7.    The objects of the conspiracy were to: (1) use false and fraudulent pretenses to induce Victim 1 to pay Shuey Backhoe as a third-party vendor; (2) prevent detection of the conspiracy; and (3) enrich Defendant, Co-conspirator 1, and others.

## Manner and Means of the Conspiracy

8.    It was part of the conspiracy that:

    a.    Defendant and Co-conspirator 1 falsely represented on Shuey Backhoe invoices submitted to Victim 1 that Shuey Backhoe had performed professional services on Victim 1's behalf.

    b.    Defendant and Co-conspirator 1 falsified Shuey Backhoe invoices in four primary ways:

        i.    Under the first method, Defendant, at Co-conspirator 1's instruction, inflated the amount of money listed on Shuey Backhoe invoices beyond that which represented the true value of the work that Shuey Backhoe performed for Victim 1.

        ii.    Under the second method, Defendant, at Co-conspirator 1's instruction, created fake Shuey Backhoe invoices that purported to reflect services that Shuey Backhoe performed for Victim 1 when in fact no such work had been performed.

     iii. Under the third method, Co-conspirator 1, with Defendant's knowledge, created fake Shuey Backhoe invoices that purported to reflect services that Shuey Backhoe performed for Victim 1 when in fact no such work had been performed.

     iv. Under the fourth method, Defendant, at Co-conspirator 1's instruction, created fake Shuey Backhoe invoices that purported to reflect services that Shuey Backhoe performed for Victim 1 when in fact no such work had been performed.  These invoices were also designed to cover the cost of Defendant's and Co-conspirator 1's personal expenses.

   c. At times, including in or around 2022, Defendant emailed the false and fraudulent invoices to Co-conspirator 1's personal email address, which Company 1 hosted.

   d. Defendant and Co-conspirator 1 submitted and caused the submission of the false and fraudulent invoices to Victim 1 seeking payment to Shuey Backhoe.

   e. Based on the false and fraudulent invoices, Defendant and Co-conspirator 1 caused Victim 1 to mail checks to Shuey Backhoe in at least the approximate amount of $2,432,844.92 as purported payment for services performed for Victim 1.

   f. Defendant deposited the fraudulently obtained payments that Victim 1 issued to Shuey Backhoe into one or more bank accounts that Defendant controlled.  Defendant kept approximately 50 percent of the fraudulently obtained payments and wrote a check to Co-conspirator 1 for the remaining approximately 50 percent, which Co-conspirator 1 deposited into one or more bank accounts that Co-conspirator 1 controlled.

   g. Defendant and Co-conspirator 1 used the fraudulently obtained payments from Victim 1 to enrich themselves and others.

### Acts in Furtherance of the Conspiracy

9. In furtherance of the conspiracy and to achieve its objectives, one or more members of the conspiracy committed the following acts in furtherance, among others, in the Northern District of Ohio, Eastern Division, and elsewhere:

    a. On or about the dates listed below, Defendant and Co-conspirator 1 submitted and caused the submission of invoices seeking payment from Victim 1 for work that Shuey Backhoe purportedly performed for Victim 1, each submission constituting a separate act in furtherance:

| No. | Approximate Date | Invoice No. | Approximate Amount |
|---|---|---|---|
| 1 | October 24, 2016 | 2223 | $6,138.90 |
| 2 | August 7, 2017 | 3128 | $8,346.19 |
| 3 | December 18, 2017 | 121817 | $15,478.75 |
| 4 | May 10, 2018 | 2557 | $7,249.72 |
| 5 | November 8, 2018 | 2716 | $8,860.25 |
| 6 | January 28, 2019 | 2802 | $9,880.50 |
| 7 | February 5, 2019 | 2809 | $7,920.00 |
| 8 | June 17, 2019 | 2840 | $9,072.95 |
| 9 | July 5, 2019 | 3133 | $8,006.25 |
| 10 | July 8, 2019 | 3141 | $9,287.25 |
| 11 | October 18, 2019 | 3143 | $5,764.50 |
| 12 | October 23, 2019 | 3150 | $7,846.13 |
| 13 | February 14, 2020 | 3264 | $7,579.25 |
| 14 | March 9, 2020 | 3291 | $4,697.00 |
| 15 | March 11, 2020 | 3292 | $8,604.05 |
| 16 | March 18, 2020 | 3306 | $4,356.25 |
| 17 | March 18, 2020 | 3304 | $4,216.63 |
| 18 | April 22, 2020 | 3426 | $6,433.24 |
| 19 | April 23, 2020 | 3428 | $9,477.28 |
| 20 | April 24, 2020 | 3431 | $2,348.50 |
| 21 | October 30, 2020 | 4429 | $6,489.33 |
| 22 | February 1, 2021 | 4658 | $9,490.08 |
| 23 | February 16, 2021 | 4681 | $9,180.50 |
| 24 | March 28, 2021 | 4724 | $6,026.04 |
| 25 | September 20, 2021 | 2765 | $6,751.94 |
| 26 | December 1, 2021 | 5163 | $8,646.75 |
| 27 | March 22, 2022 | 5316 | $8,313.84 |
| 28 | April 11, 2022 | 2732 | $7,080.00 |

| No. | Approximate Date | Invoice No. | Approximate Amount |
|---|---|---|---|
| 29 | April 11, 2022 | 2737 | $6,250.00 |
| 30 | April 29, 2022 | 5355-2022 | $7,036.27 |
| 31 | September 12, 2022 | 5527-2022 | $8,792.78 |
| 32 | November 15, 2022 | 5586-2022 | $8,924.28 |
| 33 | December 20, 2022 | 5617-2022 | $7,899.50 |
| 34 | January 26, 2023 | 5643-2023 | $8,289.14 |
| 35 | February 17, 2023 | 5671-2023 | $8,997.04 |
| 36 | March 16, 2023 | 5695-2023 | $9,751.61 |
| 37 | March 27, 2023 | 5703-2023 | $4,487.45 |
| 38 | March 28, 2023 | 5706-2023 | $3,936.14 |
| 39 | April 20, 2023 | 5726-2023 | $7,018.81 |
| 40 | April 20, 2023 | 5723-2023 | $4,456.81 |
| 41 | April 30, 2023 | 5751-2023 | $8,958.07 |
| 42 | May 11, 2023 | 5781-2023 | $7,899.50 |
| 43 | May 23, 2023 | 5793-2023 | $7,402.33 |
| 44 | June 9, 2023 | 5809-2023 | $8,406.56 |
| 45 | June 13, 2023 | 5812-2023 | $7,684.67 |

b. On or about the dates listed below, Defendant and Co-conspirator 1 caused Victim 1 to mail checks to Shuey Backhoe that Defendant deposited into one or more bank accounts that Defendant controlled, each payment constituting a separate act in furtherance:

| No. | Approximate Date | Check No. | Approximate Amount |
|---|---|---|---|
| 1 | February 2, 2017 | 792258 | $6,138.90 |
| 2 | August 15, 2017 | 808641 | $8,346.19 |
| 3 | December 28, 2017 | 819840 | $15,478.75 |
| 4 | May 15, 2018 | 831385 | $7,249.72 |
| 5 | November 13, 2018 | 846663 | $8,860.25 |
| 6 | February 26, 2019 | 855145 | $17,800.50 |
| 7 | June 25, 2019 | 864717 | $9,072.95 |
| 8 | July 23, 2019 | 866772 | $17,293.50 |
| 9 | October 31, 2019 | 874379 | $13,610.63 |
| 10 | March 26, 2020 | 884577 | $25,076.43 |
| 11 | April 30, 2020 | 886821 | $18,259.01 |
| 12 | November 5, 2020 | 897943 | $6,489.33 |
| 13 | February 4, 2021 | 902902 | $9,490.08 |
| 14 | February 25, 2021 | 903999 | $9,180.50 |
| 15 | April 8, 2021 | 906529 | $6,026.04 |
| 16 | September 30, 2021 | 916320 | $6,751.94 |
| 17 | December 9, 2021 | 920300 | $8,646.75 |

| No. | Approximate Date | Check No. | Approximate Amount |
|---|---|---|---|
| 18 | March 31, 2022 | 926438 | $8,313.84 |
| 19 | April 14, 2022 | 927130 | $7,080.00 |
| 20 | April 21, 2022 | 927440 | $22,164.57 |
| 21 | May 12, 2022 | 928394 | $7,036.27 |
| 22 | September 22, 2022 | 933716 | $8,792.78 |
| 23 | November 22, 2022 | 936068 | $8,924.28 |
| 24 | December 29, 2022 | 937323 | $7,899.50 |
| 25 | February 2, 2023 | 938620 | $8,289.14 |
| 26 | February 24, 2023 | 939516 | $8,997.04 |
| 27 | April 6, 2023 | 941019 | $18,175.20 |
| 28 | April 27, 2023 | 941800 | $11,475.62 |
| 29 | May 11, 2023 | 942278 | $8,958.07 |
| 30 | May 25, 2023 | 942757 | $7,899.50 |
| 31 | June 1, 2023 | 942957 | $7,402.33 |
| 32 | June 22, 2023 | 943655 | $16,091.23 |

All in violation of Title 18, United States Code, Section 1349.

DAVID M. TOEPFER
United States Attorney

By: _____
ELLIOT MORRISON
Chief, White Collar Crimes Unit